IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| SUNTRUST BANK, | )<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| MATTHEW SCOTT GRIFFIN, | ) Case No. 7:19-CV-23-D<br>) |
| Defendant. | )<br>)<br>) |

## ORDER TO DISMISS ACTION WITHOUT PREJUDICE

This matter comes before the undersigned on Plaintiff SunTrust Bank's motion, pursuant to Fed. R. Civ. P. 41 (a)(2), to dismiss this action without prejudice, with each side to bear their own costs and fees.

Upon consideration of the pleadings, SunTrust's Motion for Voluntary Dismissal, and other matters of record, it appears to the undersigned that a voluntary dismissal of this action is proper under Fed. R. Civ. P. 41(a)(2).

It is, therefore, ORDERED that this case is dismissed without prejudice, with each side to bear their own costs and fees.

This the 26 day of August, 2019.

_____
J. Dever